Rachel Chatman (CA 206775)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:628.600.2250
Facsimile: 628.221.5828
rchatman@beneschlaw.com

Yelena G. Katz (Admitted *pro hac vice*)
Eric M. Flagg (Admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
ykatz@beneschlaw.com
eflagg@beneschlaw.com

*Additional counsel listed on following page*

Attorneys for Defendant
CAPITAL RX, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. BETHEA JR, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL RX INC., a Corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:25-cv-04579-SPG (AGRx) <br><br> **JOINT STIPULATION FOR LEAVE TO APPEAR REMOTELY AT THE SEPTEMBER 17, 2025 CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Sherilyn Peace Garnett <br> Date: September 17, 2025 <br> Time: 3:00 P.M. <br> Location: First Street Courthouse <br> Courtroom: 5C <br><br> [Los Angeles County Superior Court Case No. 25STCV11284] <br><br> Complaint Filed: April 17, 2025 <br> Removal: May 21, 2025 <br> Trial Date: Not Set |

1  Hillary Arrow Booth (CA 125936)
   Booth LLP
2  11835 W. Olympic Blvd., Suite 600E
3  Los Angeles, California 90064
   T: 310-641-1800
4  F: 310-641-1818
   hbooth@boothllp.com
5
6  Attorneys for Defendant
   CAPITAL RX, INC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between Plaintiff John C. Bethea Jr. ("Plaintiff") and Defendant Capital Rx Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, as follows:

WHEREAS, the Complaint in this matter was filed on April 17, 2025;

WHEREAS, Plaintiff filed a First Amended Complaint on June 30, 2025;

WHEREAS, Defendant responded to the First Amended Complaint on July 14, 2025;

WHEREAS, the Initial Case Management Conference in this matter was set for September 17, 2025;

WHEREAS, lead counsel for Defendant is located in Cleveland, Ohio;

WHEREAS, counsel for Plaintiff and Defendant jointly participated in a productive Rule 26(f) conference on August 27, 2025, through which the parties reached agreement on all dates relating to this litigation, as reflected in the Parties' Joint Report [ECF No. 27], subject to the Court's review and approval;

WHEREAS, after meeting and conferring pursuant to L.R. 7-3, the parties agreed to submit this Joint Stipulation requesting leave to appear remotely for the Court's consideration;

WHEREAS, the Parties agree that appearing remotely at the Case Management Conference will help them both conserve resources without impacting the effectiveness of the Case Management Conference.

NOW THEREFORE, it is hereby stipulated by and among counsel for the respective Parties that the parties remotely attend the September 17, 2025 Case Management Conference.

Dated: September 8, 2025

Respectfully submitted,

*/s/ Yelena G. Katz*
Rachel Chatman (CA 206775)
Yelena G. Katz (Admitted *pro hac vice*)
Eric M. Flagg (Admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Hillary Arrow Booth (CA 125936)
BOOTH LLP

Attorneys for Defendant
CAPITAL RX, INC.

Dated: September 8, 2025							Respectfully submitted,

							/s/ *Jamie Wright (with consent)*
							Jamie Wright, Esq. (SBN 264484)
							J. WRIGHT LAW GROUP, P.C.
							dba THE WRIGHT EMPLOYMENT LAWYERS
							8939 South Sepulveda Blvd., Suite 102
							Los Angeles, California 90045-3605
							Tel.: (866) 731-7505 | Fax: (866) 731-7505
							Email: jwright@the-wrightlaw.com

Dated: September 8, 2025							Respectfully submitted,

							/s/ *Benjamin Azizian (with consent)*
							Benjamin Azizian, Esq. (SBN 298987)
							AZIZIAN LAW PROFESSIONAL CORPORATION
							11400 West Olympic Blvd., Suite 200
							Los Angeles, California 90064-1584
							Tel.: (888) 914-6670 | Direct: (424) 738-1144
							Fax: (888) 914-8322
							Email: benji@azizianlaw.com

							Attorneys for Plaintiff
							JOHN C. BETHEA JR.

## SIGNATURE ATTESTATION

In accordance with Local Rule 5-4.3.4(a)(2)(i), I, Yelena G. Katz, attest that I all signatories on whose behalf this Joint Stipulation is submitted concur in this Joint Stipulation's contents and authorized its filing via email on September 5, 2025, and September 8, 2025.

							 *s/ Yelena G. Katz*
							Yelena G. Katz

5

JOINT STIPULATION FOR LEAVE TO APPEAR REMOTELY AT THE SEPTEMBER 17, 2025 CASE MANAGEMENT CONFERENCE
Case No. 2:25-cv-04579-SPG (AGRx)